Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 301494)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMDB.COM, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, Michael Grecco Productions, Inc. by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.     This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2.     This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a).

3.     Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.     Plaintiff Michael Grecco Productions, Inc., d/b/a "Michael Grecco Photography" ("Grecco"), is a California corporation organized and existing under the laws of the state of California with its principal place of business at 3103 17th Street, Santa Monica, California 90405. Plaintiff's principal, Michael Grecco, is an award-winning commercial photographer noted for his iconic celebrity portraits, magazine covers, editorial images and advertising spreads.

5.     Plaintiff is informed and believes and thereon alleges that Defendant IMDb.com, Inc. ("IMDB"), is a Delaware corporation with its principal place of business located at 410 Terry Ave N, Seattle, Washington 98109.

6.     Defendants DOES 1 through 10, inclusive, are other parties who have infringed Plaintiff's copyright, have contributed to the infringement of Plaintiff's copyright, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.      Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages proximately caused thereby.

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 1

8.      Plaintiff composed and owns an original photograph of the Big Trouble cast ("Subject Photograph 1") that was registered with the United States Copyright Office on November 30, 2021 with the Registration Number VA 2-277-523. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 1.

9.      Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 1, IMDB, DOE Defendants, and each of them used the Subject Photograph 1 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://m.imdb.com/title/tt0246464/mediaindex/?ref_=tt_mi_sm and https://m.imdb.com/title/tt0246464/mediaviewer/rm3187841024.

10.    Subject Photograph 1 and a screen capture of Defendant's website with the Subject Photograph 1 embedded are depicted below:

 

## **CLAIMS RELATED TO SUBJECT PHOTOGRAPH 2**

11.     Plaintiff composed and owns an original photograph of the Big Trouble cast ("Subject Photograph 2") that was registered with the United States Copyright Office on September 8, 2000 with the Registration Number VAu 502-908. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 2.

12.     Plaintiff is informed and believes and thereon alleges that following its publication and display of Subject Photograph 2, IMDB, DOE Defendants, and each of them used the Subject Photograph 2 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://m.imdb.com/title/tt0246464/mediaindex/?ref_=tt_mi_sm and https://m.imdb.com/title/tt0246464/mediaviewer/rm2197985280/

13.     An image of Subject Photograph 2 and a screen capture of Defendant's website with the Subject Photograph 2 embedded are set forth below:

 

## **CLAIMS RELATED TO SUBJECT PHOTOGRAPH 3**

14.     Plaintiff composed and owns an original photograph Catherine Oxenberg ("Subject Photograph 3") that was registered with the United States Copyright Office on May 11, 2000 with the Registration Number VAu 497-829. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 3.

15.     Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 3, IMDB, DOE Defendants and

each them used the Subject Photograph 3 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://m.imdb.com/name/nm0895328/mediaviewer/rm3191281408/ and https://m.imdb.com/name/nm0895328/mediaindex/?ref_=nm_mv_close.

16.    An image of Subject Photograph 3 and a screen capture of Defendant's website with Subject Photograph 3 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 4

17.    Plaintiff composed and owns an original photograph of Alexander Siddig ("Subject Photograph 4") that was registered with the United States Copyright Office on November 30, 2021 with the Registration Number VA 2-277-528. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 4.

18.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 4, IMDB, DOE Defendants and each them used the Subject Photograph 4 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such https://www.imdb.com/title/tt0106145/mediaviewer/rm4098316800 and https://www.imdb.com/title/tt0106145/mediaindex?page=66&ref_=ttmi_mi_sm.

/ / /

/ / /

/ / /

19.   An image of Subject Photograph 4 and a screen capture of Defendant's website with Subject Photograph 4 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 5

20.   Plaintiff composed and owns an original photograph of the cast of Deep Space Nine ("Subject Photograph 5") that was registered with the United States Copyright Office on December 3, 2004 with the Registration Number VA 1-298-833. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 5.

21.   Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 5, IMDB, DOE Defendants and each them used the Subject Photograph 5 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0106145/mediaviewer/rm3343342080 and https://www.imdb.com/title/tt0106145/mediaindex?page=66&ref_=ttmi_mi_sm.

/ / /

/ / /

/ / /

22.    An image of Subject Photograph 5 and a screen capture of Defendant's website with Subject Photograph 5 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 6

23.    Plaintiff composed and owns an original photograph of Cirroc Lofton ("Subject Photograph 6") that was registered with the United States Copyright Office on November 30, 2021 with the Registration Number VA 2-277-528. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 6.

24.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 6, IMDB, DOE Defendants and each them used the Subject Photograph 6 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0106145/mediaviewer/rm3242678784 and https://www.imdb.com/title/tt0106145/mediaindex?page=66&ref_=ttmi_mi_sm.

/ / /

/ / /

/ / /

25.    An image of Subject Photograph 6 and a screen capture of Defendant's website with Subject Photograph 6 embedded are set forth below:



## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 7

26.    Plaintiff composed and owns an original photograph of Michael Dorn ("Subject Photograph 7") that was registered with the United States Copyright Office on December 3, 2004 with the Registration Number VA 1-298-833. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 7.

27.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 7, IMDB, DOE Defendants and each them used the Subject Photograph 7 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0106145/mediaviewer/rm3947321856.

28.    An image of Subject Photograph 7 and a screen capture of Defendant's website with Subject Photograph 7 embedded are set forth below:



## <u>CLAIMS RELATED TO SUBJECT PHOTOGRAPH 8</u>

29.    Plaintiff composed and owns an original photograph of Terry Farrel ("Subject Photograph 8") that was registered with the United States Copyright Office on December 3, 2004 with the Registration Number VA 1-298-833. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 8.

30.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 8, IMDB, DOE Defendants and each them used the Subject Photograph 8 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0106145/mediaviewer/rm3930544640 and https://www.imdb.com/title/tt0106145/mediaindex?page=66&ref_=ttmi_mi_sm.

31.    An image of Subject Photograph 8 and a screen capture of Defendant's website with Subject Photograph 8 embedded are set forth below:

 

## <u>CLAIMS RELATED TO SUBJECT PHOTOGRAPH 9</u>

32.    Plaintiff composed and owns an original photograph of Encyclopedia Brown ("Subject Photograph 9") that was registered with the United States Copyright Office on November 30, 2021 with the Registration Number VA 2-277-518. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 9.

33.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 9, IMDB, DOE Defendants and

each them used the Subject Photograph 9 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0096576/mediaindex/?ref_=tt_mi_sm and https://www.imdb.com/title/tt0096576/mediaviewer/rm1594532353.

34.    An image of Subject Photograph 9 and a screen capture of Defendant's website with Subject Photograph 9 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 10

35.    Plaintiff composed and owns an original photograph of the character Parker Posey from the film Frankenstein ("Subject Photograph 10") that was registered with the United States Copyright Office on July 2, 2004 with the Registration Number Vau 632-558. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 10.

36.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 10, IMDB, DOE Defendants and each them used the Subject Photograph 10 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/name/nm0000205/?ref_=fn_al_nm_1/ and https://www.imdb.com/name/nm0000205/mediaviewer/rm279156992/.

37.    An image of Subject Photograph 10 and a screen capture of Defendant's website with Subject Photograph 10 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 11

38.    Plaintiff composed and owns an original photograph of Parker Posey from the film Frankenstein ("Subject Photograph 11") that was registered with the United States Copyright Office on July 2, 2004 with the Registration Number Vau 632-558. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 11.

39.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 11, IMDB, DOE Defendants and each them used the Subject Photograph 11 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/name/nm0000205/mediaindex?page=5&ref_=nmmi_mi_sm and https://www.imdb.com/name/mediaviewer/rm514038016.

/ / /

/ / /

/ / /

40.    An image of Subject Photograph 11 and a screen capture of Defendant's website with Subject Photograph 11 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 12

41.    Plaintiff composed and owns an original photograph of Thomas Kretschmann in the film Frankenstein ("Subject Photograph 12") that was registered with the United States Copyright Office on July 2, 2004 with the Registration Number Vau 632-558. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 12.

42.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 12, IMDB, DOE Defendants and each of them used the Subject Photograph 12 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0397430/mediaindex/?ref_=tt_mi_sm and https://www.imdb.com/title/tt0397430/mediaviewer/rm2228825344.

/ / /

/ / /

/ / /

43.     An image of Subject Photograph 12 and a screen capture of Defendant's website with Subject Photograph 12 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 13

44.     Plaintiff composed and owns an original photograph of Thomas Kretschmann in the film Frankenstein ("Subject Photograph 13") that was registered with the United States Copyright Office on July 2, 2004 with the Registration Number Vau 632-558. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 13.

45.     Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 13, IMDB, DOE Defendants and each them used the Subject Photograph 13 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0397430/mediaviewer/rm195270912/ and https://www.imdb.com/title/tt0397430/mediaindex/?ref_=tt_mi_sm.

/ / /

/ / /

/ / /

46.    An image of Subject Photograph 13 and a screen capture of Defendant's website with Subject Photograph 13 embedded are set forth below:



**CLAIMS RELATED TO SUBJECT PHOTOGRAPH 14**

47.    Plaintiff composed and owns an original photograph of Thomas Kretschmann in the film Frankenstein ("Subject Photograph 14") that was registered with the United States Copyright Office on July 2, 2004 with the Registration Number Vau 632-558. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 14.

48.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 14, IMDB, DOE Defendants and each them used the Subject Photograph 14 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0397430/mediaviewer/rm144939264.

49.    An image of Subject Photograph 14 and a screen capture of Defendant's website with Subject Photograph 14 embedded are set forth below:



COMPLAINT

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 15

50.    Plaintiff composed and owns an original photograph of Adam Goldberg in the film Frankenstein ("Subject Photograph 15") that was registered with the United States Copyright Office on July 2, 2004 with the Registration Number Vau 632-558. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 15.

51.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 15, IMDB, DOE Defendants and each of them used the Subject Photograph 15 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0397430/mediaindex/?ref_=tt_mi_sm and https://www.imdb.com/title/tt0397430/mediaviewer/rm379820288.

52.    An image of Subject Photograph 15 and a screen capture of Defendant's website with Subject Photograph 15 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 16

53.    Plaintiff composed and owns an original photograph of Ivana Milicevic in the film Frankenstein ("Subject Photograph 16") that was registered with the United States Copyright Office on July 2, 2004 with the Registration Number Vau 632-558.

54.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 16, IMDB, DOE Defendants and

each of them used the Subject Photograph 16 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0397430/mediaindex/?ref_=tt_mi_sm and https://www.imdb.com/title/tt0397430/mediaviewer/rm346265856.

55.   An image of Subject Photograph 16 and a screen capture of Defendant's website with Subject Photograph 16 embedded are set forth below:



## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 17

56.   Plaintiff composed and owns an original photograph of Ivana Milicevic in the film Frankenstein ("Subject Photograph 17") that was registered with the United States Copyright Office on July 2, 2004 with the Registration Number Vau 632-558. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 17.

57.   Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 17, IMDB, DOE Defendants and each of them used the Subject Photograph 17 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0397430/mediaindex/?ref_=tt_mi_sm and https://www.imdb.com/title/tt0397430/mediaviewer/rm312711424.

/ / /

58.    An image of Subject Photograph 17 and a screen capture of Defendant's website with Subject Photograph 17 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 18

59.    Plaintiff composed and owns an original photograph of Parker Posey and Adam Goldberg in the film Frankenstein ("Subject Photograph 18") that was registered with the United States Copyright Office on July 2, 2004 with the Registration Number Vau 632-558. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 18.

60.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 18, IMDB, DOE Defendants and each of them used the Subject Photograph 18 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0397430/mediaindex/?ref_=tt_mi_sm and https://www.imdb.com/title/tt0397430/mediaviewer/rm497260800.

/ / /

/ / /

/ / /

61.     An image of Subject Photograph 18 and a screen capture of Defendant's website with Subject Photograph 18 embedded are set forth below:



## **CLAIMS RELATED TO SUBJECT PHOTOGRAPH 19**

62.     Plaintiff composed and owns an original photograph of Adam Goldberg in the film Frankenstein ("Subject Photograph 19") that was registered with the United States Copyright Office on July 2, 2004 with the Registration Number Vau 632-558. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 19.

63.     Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 19, IMDB, DOE Defendants and each of them used the Subject Photograph 19 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0397430/mediaviewer/rm480483584.

64.     An image of Subject Photograph 19 and a screen capture of Defendant's website with Subject Photograph 19 embedded are set forth below:



## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 20

65.    Plaintiff composed and owns an original photograph of Thomas Kretschmann and Ivana Milicevic in the film Frankenstein ("Subject Photograph 20") that was registered with the United States Copyright Office on July 2, 2004 with the Registration Number Vau 632-558. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 20.

66.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 20, IMDB, DOE Defendants and each of them used the Subject Photograph 20 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0397430/mediaindex/?ref_=tt_mi_sm and https://www.imdb.com/title/tt0397430/mediaviewer/rm1789106432.

67.    An image of Subject Photograph 20 and a screen capture of Defendant's website with Subject Photograph 20 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 21

68.    Plaintiff composed and owns an original photograph of Jenna Jameson ("Subject Photograph 21") that was registered with the United States Copyright Office on February 8, 2006 with the Registration Number Vau 692-221. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 21.

69.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 21, IMDB, DOE Defendants and

each of them used the Subject Photograph 21 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/name/nm0103310/.

70.   An image of Subject Photograph 21 and a screen capture of Defendant's website with Subject Photograph 21 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 22

71.   Plaintiff composed and owns an original photograph of Kitty ("Subject Photograph 22") that was registered with the United States Copyright Office on March 16, 2007 with the Registration Number Vau 740-387. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 22.

72.   Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 22, IMDB, DOE Defendants and each of them used the Subject Photograph 22 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/name/nm0001398/mediaviewer/rm2148305664/ and https://www.m.imdb.com/name/nm0001398/mediaindex/?ref_=nm_mv_close.

/ / /

/ / /

73.    An image of Subject Photograph 22 and a screen capture of Defendant's website with Subject Photograph 22 embedded are set forth below:

 

**CLAIMS RELATED TO SUBJECT PHOTOGRAPH 23**

74.    Plaintiff composed and owns an original photograph of Tim Allen ("Subject Photograph 23") that was registered with the United States Copyright Office on September 8, 2000 with the Registration Number VAu 502-908. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 23.

75.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 23, IMDB, DOE Defendants and each of them used the Subject Photograph 23 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0246464/mediaviewer/rm3154286592/.

76.    An image of Subject Photograph 23 and a screen capture of Defendant's website with Subject Photograph 23 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 24

77.     Plaintiff composed and owns an original photograph of Lucy Liu ("Subject Photograph 24") that was registered with the United States Copyright Office on July 7, 2010 with the Registration Number VA 1-431-698. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 24.

78.     Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 24, IMDB, DOE Defendants and each of them used the Subject Photograph 24 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/tt0118254/mediaviewer/rm1582929665 and https://www.imdb.com/title/tt011825/mediaindex?page=8&ref_=tt_mv_close.

79.     An image of Subject Photograph 24 and a screen capture of Defendant's website with Subject Photograph 24 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 25

80.     Plaintiff composed and owns an original photograph of Olivia de Havilland ("Subject Photograph 25") that was registered with the United States Copyright Office on October 2, 2008 with the Registration Number VA 1-736-729. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 25.

81.     Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 25, IMDB, DOE Defendants and each of them used the Subject Photograph 25 without Plaintiff's authorization for

commercial purposes in various ways, including, but not limited to, the use on websites such as

https://www.m.imdb.com/title/tt0353139/mediaindex/?ref_=tt_mv_close and

https://www.m.imdb.com/title/tt0353139/mediaviewer/rm1139917313/.

82.    An image of Subject Photograph 25 and a screen capture of Defendant's website with Subject Photograph 25 are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 26

83.    Plaintiff composed and owns an original photograph of Robert Altman ("Subject Photograph 26") that was registered with the United States Copyright Office on December 19, 2005 with the Registration Number Vau 688-636. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 26.

84.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 26, IMDB, DOE Defendants and each of them used the Subject Photograph 26 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as

https://www.imdb.com/name/nm0000265/mediaviewer/rm2263793664.

/ / /

/ / /

1    85.    An image of Subject Photograph 26 and a screen capture of Defendant's
2    website with Subject Photograph 26 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 27

86.    Plaintiff composed and owns an original photograph of Ron Jeremy
("Subject Photograph 27") that was registered with the United States Copyright
Office on February 8, 2006 with the Registration Number Vau 692-221. Plaintiff is
the sole owner of the exclusive rights to the Subject Photograph 27.

87.    Plaintiff is informed and believes and thereon alleges that following its
publication and display of the Subject Photograph 27, IMDB, DOE Defendants and
each of them used the Subject Photograph 27 without Plaintiff's authorization for
commercial purposes in various ways, including, but not limited to, the use on
websites such as
https://www.imdb.com/name/nm0000465/mediaviewer/rm2165082880/.

88.    An image of Subject Photograph 27 and a screen capture of Defendant's
website with Subject Photograph 27 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 28

89.     Plaintiff composed and owns an original photograph of Sean Connery ("Subject Photograph 28") that was registered with the United States Copyright Office on July 7, 2010 with the Registration Number VA 1-431-698. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 28.

90.     Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 28, IMDB, DOE Defendants and each of them used the Subject Photograph 28 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as

https://www.imdb.com/name/nm/0000125/mediaviewer/rm1872060160/.

91.     An image of Subject Photograph 28 and a screen capture of Defendant's website with Subject Photograph 28 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 29

92.     Plaintiff composed and owns an original photograph of Sean Connery ("Subject Photograph 29") that was registered with the United States Copyright Office on July 7, 2010 with the Registration Number VA 1-431-698. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 29.

93.     Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 29, IMDB, DOE Defendants and each of them used the Subject Photograph 29 without Plaintiff's authorization for

commercial purposes in various ways, including, but not limited to, the use on websites such as

https://www.imdb.com/name/nm0000125/mediaviewer/rm3399428352/.

94.   An image of Subject Photograph 29 and a screen capture of Defendant's website with Subject Photograph 29 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 30

95.   Plaintiff composed and owns an original photograph of the cast of Viper ("Subject Photograph 30") that was registered with the United States Copyright Office on November 30, 2021 with the Registration Number VA 2-277-528. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 30.

96.   Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 30, IMDB, DOE Defendants and each of them used the Subject Photograph 30 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as

https://www.imdb.com/title/tt0108983/mediaindex/?ref_=tt_mv_close and
https://www.imdb.com/title/tt0108983/mediaviewer/rm3477702657/.

/ / /

/ / /

97.    An image of Subject Photograph 30 and a screen capture of Defendant's website with Subject Photograph 30 embedded are set forth below:

 

## **CLAIMS RELATED TO SUBJECT PHOTOGRAPH 31**

98.    Plaintiff composed and owns an original photograph of Heather Medway in Viper ("Subject Photograph 31") that was registered with the United States Copyright Office November 30, 2021 with the Registration Number VA 2-277-528. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 31.

99.    Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 31, IMDB, DOE Defendants and each of them used the Subject Photograph 31 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0108983/mediaviewer/rm82741505/.

100.  An image of Subject Photograph 31 and a screen capture of Defendant's website with Subject Photograph 31 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 32

101.  Plaintiff composed and owns an original photograph of the X-Files cast ("Subject Photograph 32") that was registered with the United States Copyright Office on July 27, 2017 with the Registration Number VA 2-063-319. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 32.

102.  Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 32, IMDB, DOE Defendants and each of them used the Subject Photograph 32 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0106179/mediaindex?page=89&ref_=ttmi_mi_sm and https://www.imdb.com/name/nm0000141/mediaviewer/rm992875520/.

103.  An image of Subject Photograph 32 and a screen capture of Defendant's website with Subject Photograph 32 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 33

104.  Plaintiff composed and owns an original photograph of Xena ("Subject Photograph 33") that was registered with the United States Copyright Office on July 7, 2010 with the Registration Number VA 1-431-698. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 33.

1       105.  Plaintiff is informed and believes and thereon alleges that following its

2 publication and display of the Subject Photograph 33, IMDB, DOE Defendants and

3 each of them used the Subject Photograph 33 without Plaintiff's authorization for

4 commercial purposes in various ways, including, but not limited to, the use on

5 websites such as https://www.imdb.com/title/tt0112230/mediaviewer/rm287066112/.

6       106.   An image of Subject Photograph 33 and a screen capture of Defendant's

7 website with Subject Photograph 33 embedded are set forth below:

 

### CLAIMS RELATED TO SUBJECT PHOTOGRAPH 34

17

18       107.  Plaintiff composed and owns an original photograph of Xena ("Subject

19 Photograph 34") that was registered with the United States Copyright Office on July

20 7, 2010 with the Registration Number VA 1-431-698. Plaintiff is the sole owner of

21 the exclusive rights to the Subject Photograph 34.

22       108.  Plaintiff is informed and believes and thereon alleges that following its

23 publication and display of the Subject Photograph 34, IMDB, DOE Defendants and

24 each of them used the Subject Photograph 34 without Plaintiff's authorization for

25 commercial purposes in various ways, including, but not limited to, the use on

26 websites such as https://www.imdb.com/title/tt0112230/mediaviewer/rm287066112/.

27 / / /

28 / / /

109.  An image of Subject Photograph 34 and a screen capture of Defendant's website with Subject Photograph 34 embedded are set forth below:

 

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 35

110.   Plaintiff composed and owns an original photograph of Zooey Deschanel ("Subject Photograph 35") that was registered with the United States Copyright Office on September 8, 2000 with the Registration Number VAu 502-908. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 35.

111.   Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 35, IMDB, DOE Defendants and each of them used the Subject Photograph 35 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/title/tt0246464/mediaviewer/rm3137509376/.

112.   An image of Subject Photograph 35 and a screen capture of Defendant's website with Subject Photograph 35 embedded are set forth below:

 

1

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 36

2     113.   Plaintiff composed and owns an original photograph of Patrick

3   Warburton ("Subject Photograph 36") that was registered with the United States

4   Copyright Office on September 8, 2000 with the Registration Number VAu 502-908.

5   Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 36.

6     114.   Plaintiff is informed and believes and thereon alleges that following its

7   publication and display of the Subject Photograph 36, IMDB, DOE Defendants and

8   each of them used the Subject Photograph 36 without Plaintiff's authorization for

9   commercial purposes in various ways, including, but not limited to, the use on

10  websites such as

11  https://www.imdb.com/name/nm0911320/mediaindex?amp%3Bref_=nmmi_mi_sm&

12  page=3.

13    115.   An image of Subject Photograph 36 and a screen capture of Defendant's

14  website with Subject Photograph 36 embedded are set forth below:

15
16
17
18         
19
20
21

22

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 37

23    116.   Plaintiff composed and owns an original photograph of Tom Sizemore

24  ("Subject Photograph 37") that was registered with the United States Copyright

25  Office on September 8, 2000 with the Registration Number VAu 502-908. Plaintiff is

26  the sole owner of the exclusive rights to the Subject Photograph 37.

27    117.   Plaintiff is informed and believes and thereon alleges that following its

28  publication and display of the Subject Photograph 37, IMDB, DOE Defendants and

each of them used the Subject Photograph 37 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.imdb.com/name/nm0001744/.

118. An image of Subject Photograph 37 and a screen capture of Defendant's website with Subject Photograph 37 embedded are set forth below:

 

## CLAIM FOR RELIEF

(For Copyright Infringement – Against all Defendants, and Each)

119. Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

120. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Photograph 1, Subject Photograph 2, Subject Photograph 3, and Subject Photograph 4, Subject Photograph 5, Subject Photograph 6, Subject Photograph 7, Subject Photograph 8, Subject Photograph 9, Subject Photograph 10, Subject Photograph 11, Subject Photograph 12, Subject Photograph 13, Subject Photograph 14, Subject Photograph 15, Subject Photograph 16, Subject Photograph 17, Subject Photograph 18, Subject Photograph 19, Subject Photograph 20, Subject Photograph 21, Subject Photograph 22, Subject Photograph 23, Subject Photograph 23, Subject Photograph 24, Subject Photograph 25, Subject Photograph 26, Subject Photograph 27, Subject Photograph 28, Subject Photograph

29, Subject Photograph 30, Subject Photograph 31, Subject Photograph 32, Subject Photograph 33, and Subject Photograph 34 (collectively, the "Subject Photographs"), including, without limitation, through their publication on Grecco's website; by Grecco's clients, including USA Weekend Magazine; and through the unauthorized reproductions of the Subject Photographs by other third parties on the World Wide Web.

121.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, used and displayed the Subject Photographs on websites including, but not limited to, www.IMDb.com/.

122.   Plaintiff is informed and believes and thereon alleges that the photographs used by Defendants, shown above, used the same elements, composition, colors, arrangement, subject, lighting, angle, and overall appearance of the Subject Photographs and is identical or at least substantially similar to the Subject Photographs.

123.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by copying the Subject Photographs and publishing and displaying the Subject Photographs to the public, including without limitation, on www.IMDb.com/, without Plaintiff's authorization or consent.

124.   Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

125.   Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Subject Photographs. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Subject Photograph in an amount to be established at trial.

126.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above,

which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

### **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### **Against all Defendants, and Each:**

With Respect to Each Claim for Relief:

a.  That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiff's copyright in the Subject Photographs, including, without limitation, an order requiring Defendants, and each of them, to remove the Subject Photographs from their respective websites, catalogs, marketing and advertisement materials.

b.  That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and, to the extent available, statutory damages as available under the 17 U.S.C. § 504, and other applicable law.

c.  That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Plaintiff's intellectual property rights;

d.  That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

e.  That Plaintiff be awarded its costs and fees under the statutes set forth above;

f.  That Plaintiff be awarded statutory damages and/or penalties under the statues set forth above;

g.  That Plaintiff be awarded pre-judgment interest as allowed by law;

h.  That Plaintiff be awarded the costs of this action; and

i.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: August 25, 2022            By:  */s/ Stephen M. Doniger*
                                       Stephen M. Doniger, Esq.
                                       Kelsey M. Schultz, Esq.
                                       DONIGER / BURROUGHS
                                       Attorneys for Plaintiff